PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 23 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Homer David Kines 17181
Plaintiff's Name and ID Number

Wichita County Detention CTR.
Place of Confinement

CASE NO. 7-24CV-021-O
(Clerk will assign the number)

v. Wichita County Detention Center
2815 Central Frwy. East Wichita Falls, TX 76302
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:
           Plaintiff(s)_____
           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Wichita County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. All Grievances are done electronic on a tablet, staff won't provide copy. Although it is on the tablet.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Homer David Kines P.O. Box 8526 Wichita Falls, Texas 76307 Wichita County Detention Center

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Through legal mail and personal mail, photos away. Legal papers concerning my defense.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.   **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On October 19th, 2023 I was transfer to the North Texas State Hospital in Vernon, Texas. I was told by Officer Price that I could not take any of my property. That it would be placed in my property. These are photo's, legal mail, letters and cards dating back to April of 2021. Grievance's that had been filed concerning mail of mine that had been thrown in the trash and legal mail that played a major role in my case. When I arrived back on January 3rd, 2024, I requested my property. Only my Bible was returned to me. One of my personal books that was ordered was found on the

① (next page)

VI.   **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be compensated for retaliation, throwing my property away that had to do with my case, and photo's, defense

VII.  **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Homer David Kines, David Homer Kines, David Kines

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

391143 - Texas

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?                             ____YES  ____NO

4

(5)
2/11/2024

pod's book shelf. (Martin Luther King) Captain Patterson did however, replace some of my property. (bowl, cup, deoderant, two soups, envelopes, one stamp and two books). I have put in several request asking what happened to my things. One Officer, Sullivan sent me a request stating that my things had been disposed of after 30 days. On October 18th, 2023 after arriving at the State hospital, I called my Aunt Sarah Twedt and ask her to pick up my property. She attepted to pick up my property but was told that my property would be placed with the property that I was arrested with. My things that I was arrested with are still in my property (pants, shirt, hat, jacket, phone, necklace, shoes) My theory is they are retaliating against me because I said something about a friend who died while in jail. (covered up) (Leo Lawrence) I feel like they will try something else or try to do something to me for speaking up. I have also had a minor stroke which they wrote off as arthiritis. They never examined me. My provider at the state hospital (Vernon campus) notice this the moment she saw me. (Lexie Bardell MSN, ARPN, PMHNP-BC, Provider)

I lost pictures of my deceased sister, my deceased brother-n-law, my grandkids, as well as legal mail, letters and cards. Obituaries of my sister, my wife, and brother-n-law.

I want to ask for <u>13 million dollars</u> for all that they have put me through. They even put me in medical solitary for complaining and speaking up.

(Next)

(3) Please help me with this matter, I hope And pray that this complaint makes it to you. Please inform me when it does. Thank you for your time.

Yours Truly

Homer Kines
#17181

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: _____
               DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __12th__ day of __February__, 20 __24__.
            (Day)                (month)              (year)

_Homer David Kines_
_Homer David Kines_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

M.D. INSIDe
I Thank you For helping
my son HOMER DAVID KING
HAVE A good day
  M.F. K

HOMER DAVID KINES 17181
P.O. BOX 8526
WICHITA FALLS, TEXAS
76307

To
OFFICE OF CLERK OF US DISTRICT COURT
501 W-TENTH St, RM. 310
FORT WORTH, TEXAS
76102



**PRIORITY MAIL**

FROM: HOMER DAVID KINES 17181
PO BOX 8526
WICH. FALLS TEXAS 76307

RECEIVED
FEB 23 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

TO:
OFFICE OF CLERK OF US DISTRICT COURT
501 W-TENTH ST. RM. 310
FORT WORTH TEXAS
76102

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE

402671

---

**US POSTAGE PAID**
$9.85
Origin: 67208
02/20/24
1997210143-02

**PRIORITY MAIL®**

0 Lb 3.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 02/23/24

C024

SHIP TO:
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

USPS TRACKING® #

9505 5145 2898 4051 1094 61