IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **HOMER DAVID KINES,** <br> **TDCJ No. 2497396,** <br> <br> **Plaintiff,** <br> <br> v. <br> <br> **SHERIFF DAVID DUKE, et al.,** <br> <br> **Defendants.** | § § § § § § § § § § § | Civil Action No. 7:24-cv-021-O |

## JUDGMENT

This action came on for consideration and Plaintiff's whereabouts being unknown to the Court,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

The **Clerk of Court** shall transmit copies of this Judgment and the Order Dismissing Case to Plaintiff at his last known address.

**SIGNED** this **18th day** of **April 2025**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**